Form 12B

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

U.S.A. vs. JEFFERY HARRISON                                   Docket No. 3:02CR00250(AWT)

### Petition For Modification of Conditions or Term of Probation/Supervised Release
### with the Consent of the Offender

      **COMES NOW,** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeffery Harrison who was sentenced to 53 months' incarceration, to be followed by 5 years' supervised release for a violation of 21 U.S.C. § 846, charging Conspiracy to Possess with the Intent to Distribute 50 Grams or More of Cocaine base, by the Honorable Alvin W. Thompson, United States District Judge, sitting in the court in Hartford, Connecticut on January 12, 2004, and imposed the general terms and conditions theretofore adopted by the court and also imposed the special condition and term as follows: The defendant shall participate in a substance abuse treatment program, which may be either inpatient or outpatient, and may include random testing, and the details as to the selection and schedule of the program shall be approved by the U.S. Probation Office; the defendant shall pay all or part of the costs associated with substance abuse treatment, based on his ability to pay. Jeffery Harrison began supervision on July 31, 2006, with a termination date of July 30, 2011.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On May 2, 2008, Mr. Harrison was unsuccessfully discharged from outpatient substance abuse treatment at MAAS in New Haven, Connecticut for failure to report. Subsequently, on May 5, 2008, Mr. Harison reported to the Probation Office and was confronted about his non-compliance. Mr. Harrison offered no plausible explanation for his non-compliance and adamantly denied using any illicit drugs, since his last positive test result for marijuana on November 16, 2008. Additionally, upon attempting to secure a urine sample from the defendant, this officer believed Mr. Harrison was attempting to render a falsified urine sample. At this point, he adamantly denied having anything on his person and continued denying that he was attempting to provide a false urine sample. However, after some time, Mr. Harrison was able to void a small urine sample, that tested positive for marijuana. Initially, Mr. Harrison admitted that the last time he used marijuana was in the beginning of April. Upon further inquiry by this officer, Mr. Harrison clarified that the last time he had smoked marijuana was on Friday, May 2, 2008. It is also noted that, during the aforementioned office appointment, Mr. Harrison also falsified a Monthly Supervision Report for April, when he checked off "No," when asked if he possessed or used any illegal drugs. Finally, Mr. Harrison was unsuccessfully discharged from outpatient substance abuse treatment at MAAS on May 2, 2005, for failure to report. Mr. Harrison will be re-referred for additional substance abuse treatment.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve:

    ☐ To extend the term of probation/supervised release.
    ■ To modify the conditions of supervision as follows:

"The defendant shall be placed on home confinement with electronic monitoring for a period of 60 days. The defendant shall make all provisions for the appropriate installation of the electronic monitoring equipment. Further, the defendant shall comply with all conditions of electronic monitoring as required by the Probation Office and shall be responsible for the cost of such monitoring."

**ORDER OF COURT**

Considered and ordered this 15th day of May 2008 and ordered filed and made a part of the records in the above case.

/s/ Alvin W. Thompson, USDJ

The Honorable Alvin W. Thompson
United States District Judge

Respectfully Submitted,

Patrick D. Norton
United States Probation Officer

Place: New Haven, Connecticut

Date: 5-13-08

PROB 49
(3/89)

# United States District Court

**District of Connecticut**

**Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision**

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

    "The defendant shall be placed on home confinement with electronic monitoring for a period of 60 days. The defendant shall make all provisions for the appropriate installation of the electronic monitoring equipment. Further, the defendant shall comply with all conditions of electronic monitoring as required by the Probation Office and shall be responsible for the cost of such monitoring."

Witness: _[signature]_ (for)
Patrick D. Norton
United States Probation Officer

Signed: _[signature]_
Jeffery Harrison
Supervised Releasee

5-12-08
Date