**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

U.S.A. vs. JEFFERY HARRISON                                   Docket No. 3:02CR00250(AWT)

**PETITION ON PROBATION AND SUPERVISED RELEASE**

  **COMES NOW** Patrick D. Norton, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Jeffery Harrison, who was sentenced to fifty-three months' incarceration for a violation of 21 U.S.C.§ 846, Conspiracy to Possess with Intent to Distribute 50 Grams or More of Cocaine Base, by the Honorable Alvin W. Thompson, United States District Judge, sitting in the court at Hartford, Connecticut on January 12, 2004, who fixed the period of supervision at five years, which commenced on July 31, 2006, and imposed the general terms and conditions, theretofore adopted by the Court and also imposed the special condition and term as follows: The defendant shall participate in a substance abuse treatment program, which may be either inpatient or outpatient, and may include random testing, and the details as to the selection and schedule of the program shall be approved by the U.S. Probation Office; the defendant shall pay all or a portion of the costs associated with substance abuse treatment, based on his ability to pay as approved by the U.S. Probation Office. Mr. Harrison commenced his term of supervised release on July 31, 2006, with a termination date of July 30, 2011.

On May 15, 2008, the Court modified the defendant's special conditions to include 60 days' home confinement via electronic monitoring.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Charge No. 1 - Condition Violated

| | |
|---|---|
| Standard Condition No. 3: | "The defendant shall answer truthfully all inquires by the probation officer and follow the instructions of the probation officer." |
| Standard Condition No. 7 : | "The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, except as prescribed by a physician." |
| Standard Conditions No. 8: | "The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered." |
| Standard Condition No. 9: | "The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer." |

On May 29, 2008, Mr. Harrison reported to the Probation Office and was informed that a urine sample would be taken to determine if he has used any additional illicit drugs. Mr. Harrison adamantly denied using any illicit drugs, since his last positive test result for marijuana on May 5, 2008. However, after some additional probing by this officer, Mr. Harrison admitted that he had used marijuana again on May 12, 2008, following a case conference with Supervising United States Probation Officer Deborah S. Palmieri, in order to, in part, address the defendant's illicit drug usage.

Mr. Harrison subsequently reported to the Probation Office on three occasions, May 29, 2008, June 6, 2008 and June 11, 2008, where he provided positive urine samples for marijuana and, on each occasion, denied using illicit drugs since May 12, 2008. A subsequent request was sent to the Kroll Scientific Laboratory, requesting

that the laboratory analyze the three aforementioned urine specimens in order to determine if they were positive because of residual usage or if he continued using the illicit substance. On June 26, 2008, a letter was received from the Director of Toxicology, stating that, "It is my opinion that this donor continues to use marijuana. I base this opinion on the qualitative values of the drug detected, on the length of time the donor continues to test positive and a urine half life of 48 hours." Finally, by testing positive for marijuana, he has continued to associate with person(s) engaged in criminal activity.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Jeffery Harrison to appear before this Court at Hartford, Connecticut on 8-28 ,2008, at 4:00 pm. to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this ___8th___ day of ___July___, 2008 and ordered filed and made a part of the records in the above case.

_____
The Honorable Alvin W. Thompson
United States District Judge

Sworn to By

_____
Patrick D. Norton
United States Probation Officer

Place___Hartford, CT___

Date___July 8, 2008___

Before me, the Honorable Alvin W. Thompson, United States District Judge, on this___8th___ day of July 2008, at Hartford, Connecticut, U.S. Probation Officer Patrick D. Norton appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

/s/ Alvin W. Thompson, USDJ
The Honorable Alvin W. Thompson
United States District Judge

JPM