```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

**UNITED STATES OF AMERICA**    :    3:02 CR 250(AWT)

**VS.**                          :

**JEFFREY HARRISON**             :    August 26, 2008

## MOTION TO REAPPOINT CJA COUNSEL
## FOR SUPERVISED RELEASE VIOLATION HEARING

Your undersigned, former CJA counsel to the defendant JEFFREY HARRISON, hereby moves to be reappointed as CJA counsel to defendant to represent him at a supervised release violation hearing scheduled for August 28, 2008 at 2:00 p.m. before this Honorable Court.

I was appointed to represent defendant on this matter at his initial presentment on September 17, 2002. I continued as defendant's CJA attorney through his sentencing on January 12, 2004. I was informed of the pending alleged violation of supervised release matter by your Honor's Courtroom Deputy and have further discussed this matter with Mr. Harrison's probation Officer.

Therefore, I respectfully request to be reappointed to represent Mr. Harrison.

```
                                    THE DEFENDANT,
                                    JEFFREY HARRISON


                                     /s/   Peter J. Schaffer
                                    PETER J. SCHAFFER, ESQ.
                                    1127 High Ridge Road, #330
                                    Stamford, CT 06905-1203
                                    Tel. (203) 322-3031
                                    Fax. (203) 322-3036
                                    schaffer1law@aol.com
                                    Bar No. ct14606
```

CERTIFICATE OF SERVICE

    I hereby certify that on this date, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

```
                                     /s/   Peter J. Schaffer
                                    PETER J. SCHAFFER, ESQ.
                                    1127 High Ridge Road, #330
                                    Stamford, CT 06905-1203
                                    Tel. (203) 322-3031
                                    Fax. (203) 322-3036
                                    schaffer1law@aol.com
                                    Bar No. ct14606
```