Viol-Hrg(May 22, 2007)

HONORABLE _Thompson_
DEPUTY CLERK _Smith_    RPTR/~~ECRO/TAPE~~ _Thompson_
USPO _Norton_    INTERPRETER _____

TOTAL TIME: ____ hours _25_ minutes
DATE _8/28/08_    START TIME _2:20pm_    END TIME _2:45pm_

CR. No. _02CR250_    DEFT # _14_

UNITED STATES OF AMERICA    §
§    _Paul McConnell_ AUSA
vs.    §
§
_Jeffrey Harrison_    §    _Peter Schaffer_ [C]
Counsel for Defendant: CJA (C), Ret (R), PDA (P)

### PROBATION/SUPERVISED RELEASE VIOLATION HEARING

☐ SUPERVISED RELEASE  ☐ PROBATION  ☒ COMPLIANCE HEARING (check one)

☐ ....... Deft arrested on _____
☐ ....... Deft failed to appear, Bench warrant to issue
☒ ....... Violation Hrg continued until _12/22/08_ at _10:00am_
☒ ....... Deft admits violation
☐ ....... CJA 23 Financial Affidavit filed ☐ sealed by the Court.
☒ [doc #724] ....... Court re-appoints _Peter Schaffer_ to represent defendant ☐ for this proceeding ☒ for entire proceeding;
CJA re-Appointment date: _8/26/08_
☐ ....... Order appointing Federal Public Defender's Office filed
☐ ....... Court finds deft ☐ has ☐ has not violated terms of ☐ probation ☐ supervised release
☐ ....... Probation/Supervised Release ☐ revoked ☐ continued ☐ modified
☐ ....... _____ months imprisonment on Count(s) _____
☐ ....... Upon release the defendant shall be on supervised release for a term of _____ years/months
☐ ....... ☐ Supervised release ☐ probation continued for a period of _____ years/months on count(s) _____

☐ ....... Deft shall pay a fine of $_____ on Count(s) _____ to be paid by _____
☐ ....... Court recommends incarceration at _____
☐ ....... Deft shall pay $ _____ per month for the cost of ☐ incarceration ☐ supervised release
☐ community confinement (Halfway House)
☐ ....... Deft shall refrain from any use or unlawful possession or distribution of a narcotic drug.
☐ ....... Deft ordered to surrender on _____ to ☐ U.S. Marshal ☐ institution
☐ ....... Bond ☐ continued ☐ set at $ _____ ☐ Non-surety ☐ Surety ☐ PR
☐ ....... Violation sentencing set for _____
☐ ....... Deft detained

☐ SEE CONDITIONS OF SUPERVISED RELEASE/PROBATION ON REVERSE