```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT
```

UNITED STATES OF AMERICA

      V.                            CRIMINAL NO: 3:02CR00250(AWT)

JEFFERY HARRISON

<u>ORDER CONTINUING VIOLATION OF SUPERVISED RELEASE HEARING</u>

On January 12, 2004, the above-named defendant, after a plea of guilty to a violation of 21 U.S.C. § 846, Conspiracy to Possess With Intent to Distribute 50 Grams or More of Cocaine Base, was sentenced to 53 months' incarceration, to be followed by supervised release for a term of 60 months by the undersigned. In addition to the mandatory and standard conditions of supervised release, the court imposed a special condition requiring the defendant to participate in substance abuse treatment as approved by the United States Probation Office.

The supervised releasee commenced his term of supervision on July 31, 2006, with a termination date of July 30, 2011. The supervised releasee was presented before the court on August 28, 2008 for a violation hearing to answer the charge that he violated the conditions of his supervised release as cited in a Petition on Probation and Supervised Release dated July 8, 2008.

The supervised releasee was represented by Attorney Peter J. Schaffer, and given the opportunity to be heard. The supervised releasee admitted to violating his conditions of supervision, as charged in the aforementioned Petition. However, the court did

not make a finding and continued the matter in order to further monitor his progress and compliance with the terms and conditions of supervision.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the defendant resume his term of supervised release with his conditions of supervision remaining in full effect, and that he appear before the court on December 22, 2008 for a determination of the defendant's progress and compliance, and a final resolution of the petition.

Signed and dated at Hartford, Connecticut this 3rd day of September 2008.

__/s/AWT_____<br>
Alvin W. Thompson<br>
United States District Judge